**SERVE-ONE, INC.**
**P.O. Box 2584**
**Greenville, SC 29602-2584**
**Phone: (864) 235-7766**
**Fax: (864) 232-8420**
**57-1063648**

# INVOICE

**Invoice #SJB-2015001128**
**4/17/2015**

Adam Floyd
Barton Law Firm, P.A.
Po Box 12046
Columbia, SC 29211

Your Contact: Megan Jankowski
**Case Number: 15-01641**

In Re:
**KNH Aviation Services, Inc., d/b/a AvCraft Technical Services**

Served: 4/10/2015 1:07 pm
To be served on: Arrigo Carotti

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 65.00 | 65.00 |
| Same Day Rush Fee | 1.00 | 45.00 | 45.00 |
| **TOTAL CHARGED:** | | | $110.00 |
| **BALANCE DUE:** | | | $110.00 |

Please include LAST FOUR digits of the invoice number on your check.  Fed. Tax# 57-1063648.
There will be a $10 charge applied to invoices that are 90 days past due.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V8.5n