

**CREEL COURT REPORTING, INC.**
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

6/2/2015                                                         TAX NO. 57-1016805

                                                                 INVOICE NO.    15-1546

Barbara George Barton, Esquire
Barton Law Firm                                                  Attorney for Trustee
1715 Pickens Street
Columbia, SC 29201

**RE:** In Re: KNH Aviation Services, Inc.                                    0.00
C/A No. 15-01641-dd
                                                                              0.00
ORIGINAL AND ONE COPY - Deposition(s) of:

    Michael E. Hill                                          1,088.00
    Exhibits (393 pages)                                       110.75
    Appearance Fee (7.0 hours)                                 225.00
    Condensed Transcript/Key Word Index                          0.00

We accept:                              Total               $1,423.75

                                        Payments/Credits       $0.00

                                        Balance Due        $1,423.75

**THANK YOU!**
/jc            (Please return copy with remittance)

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com