# SHRED ALERT
## DOCUMENT DESTRUCTION
IDENTITY THEFT PREVENTION & PROTECTION

*A Division of Shredright Corporation*

Michelle Vieira
Accounts Payable
PO Box 70309
Myrtle Beach, SC 29472

6/29/2015

DUE UPON REC...

Inv #: 20424

| Description | Rate | Qty: | U/M | Service Da... | Service Loc: | Amt: |
|---|---|---|---|---|---|---|
| Document Destruction Fee | 25.00 | 1 | ea | | Avcraft/KNH | 25.00 |
| Weight Charge | 0.15 | 2,142 | lb | | | 321.30 |

Please note that our terms are DUE UPON RECEIPT.

RECEIPT OF THIS DOCUMENT HEREBY CERTIFIES DESTRUCTION.

Total: $346.30

*Serving Horry and Georgetown County for over 10 Years!*

------------------------------------------------✂------------------------------------------------

Michelle Vieira
Accounts Payable
PO Box 70309
Myrtle Beach, SC 29472

Inv #: 20424    6/29/2015

DUE UPON REC...

SEND THIS PART WITH PAYMENT TO:

Shred Alert
4727 Northgate Blvd.
Myrtle Beach SC 29577
843-294-4400 / 843-294-4401-fax
www.shredalert.net

**Invoice Total: $346.30**